# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) ) | **ORDER GRANTING** |
| | ) | **MOTION TO DISMISS** |
| vs. | ) ) | |
| Christopher Jerome, | ) ) | Case No. 1:13-mj-187 |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion to dismiss filed January 7, 2014 (Docket No. 13), the Complaint against Defendant Christopher Jerome is dismissed with prejudice. Further, the bench trial set for January 9, 2014 is cancelled.

**IT IS SO ORDERED.**

Dated this 8th day of January, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court